UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21358-CIV-HOEVELER/GARBER

MATTHEW MULL,

    Plaintiff,

v.

M/Y LEDA, *in rem*, TRINITY
YACHTS, LLC, and TRINITY YACHT
SALES AND CHARTERING, LLC,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER

THIS MATTER comes before the Court upon Defendants, M/Y LEDA, *in rem*, TRINITY YACHTS, LLC, and TRINITY YACHT SALES AND CHARTERING, LLC ("Defendants")'s Motion to Modify Scheduling Order, filed July 9, 2008. Plaintiff, MATTHEW MULL ("Mull"), filed a response in opposition to the motion on July 28, 2008. The Court having reviewed the motion and response, and being duly advised in the premises thereof, it is hereby

ORDERED AND ADJUDGED that the Motion to Modify Scheduling Order is GRANTED. The Scheduling Order shall be modified as follows:

1.     All discovery shall be completed by October 31, 2008.

2.     Mediation shall be completed on or before November 14, 2008. Within five (5) days of mediation, the parties are required to file a mediation report with the Court.

3.  A pre-trial conference will be held at 11 a.m. on November 24, 2008.

4.  Trial is set for the two-week period beginning December 1, 2008.

DONE AND ORDERED in chambers in Miami this 6th day of August, 2008.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

copies to counsel of record