UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO: 07-21358-CIV-HOEVELER

MATTHEW MULL,

    Plaintiff,

vs.                                                                 FINAL JUDGMENT

TRINITY YACHTS, LLC, and
TRINITY YACHT SALES AND
CHARTERING, LLC.,

    Defendant
_____/

THIS CAUSE came before the Court, for jury trial beginning August 31, 2009. The parties presented evidence and argument to the jury and the case was concluded on September 3, 2009, when the jury returned its verdict, a copy of which is attached hereto and incorporated as part of this final judgment. It is therefore,

ORDERED AND ADJUDGED that judgment be and it is hereby entered in favor of the defendants, TRINITY YACHTS, LLC., and TRINITY YACHT SALES AND CHARTERING, LLC., and against the plaintiff, MATTHEW MULL. Plaintiff shall take nothing by his action and the defendants are dismissed. Costs which are appropriate shall be taxed by separate motion and order.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of September, 2009.

                                                          /s/ Wm M Hoeveler
                                                  SR. UNITED STATES DISTRICT JUDGE

Copy furnished to counsel of record