UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.: 07-21358-CIV-HOEVELER/GARBER

MATTHEW MULL,

    Plaintiff,

v.

TRINITY YACHT SALES
AND CHARTERING, LLC,

    Defendant.
_____/

**JUDGMENT FOR COSTS IN FAVOR OF TRINITY YACHT SALES AND CHARTERING, LLC AGAINST PLAINTIFF**

Pursuant to this Court's Order dated December 1, 2009, granting in part and denying in part TRINITY YACHT SALES AND CHARTERING, LLC's Verified Motion to Tax Costs Against Plaintiff, it is:

ORDERED and ADJUDGED that Defendant, TRINITY YACHT SALES AND CHARTERING, LLC, is entitled to recover costs from Plaintiff, MATTHEW MULL. It is further,

ORDERED and ADJUDGED that the total amount of costs TRINITY YACHT SALES AND CHARTERING, LLC, shall recover from Plaintiff, MATTHEW MULL, is **$8,042.37**, broken down as follows:

1. The Court finds a reasonable sum for the fees for service of subpoenas is **$931.00**, and hereby awards that sum as costs;

2. The costs incurred for court reporting services in the amount of **$3,232.96**;

3. The costs incurred for disbursements for printing and witness fees (per diem and travel costs) in the amount of **$2,814.40**; and

    4.    The costs incurred for exemplification/copies of papers in the amount of **$1,064.01**.

It is hereby ADJUDGED that Defendant, TRINITY YACHT SALES AND CHARTERING, LLC, does recover from MATTHEW MULL, 457 Bay Meadows Way, Solana Beach, California, CA92075, the sum of $**8,042.37**, plus interest at the statutory rate of 8% per annum, for which let execution issue forthwith.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of December, 2009.

*Barry L. Garber*

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE